<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000012
27-JAN-2023
08:35 AM
Dkt. 15 OAWST**</span>

NO. CAAP-23-0000012

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IKA M. VEA, JR., Claimant-Appellant-Appellant, v.
COUNTY OF HAWAII, DEPARTMENT OF PARKS & RECREATION,
Employer-Appellee-Appellee, and
ACCLAMATION INSURANCE MANAGEMENT SERVICES,
Third-Party Administrator-Appellee-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL APPEALS BOARD
(DCD NO. 9-16-48117; AB NO. 2020-131 (WH))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon consideration of (1) the January 12, 2023 Motion Requesting Leave to Withdraw as Counsel by Vladimir Devens (**Devens**), counsel for Claimant-Appellant Ika M. Vea, Jr. (**Appellant**), (2) the January 13, 2023 Motion to Withdraw Appeal by Appellant, (3) the January 18, 2023 Stipulation for Dismissal, and (4) the January 19, 2023 Motion to Withdraw Appeal by Appellant, the papers in support, and the record, it appears that:

(1) Devens requests that he be allowed to withdraw as counsel for Appellant, Appellant was served a copy of the motion and did not object to the request to withdraw, and withdrawal will not have a material adverse effect on Appellant's interest;

(2) the appeal has not been docketed;

(3) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal with each party to bear their own attorneys' fees and costs; and

(4) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the January 12, 2023 Motion Requesting Leave to Withdraw as Counsel is granted. Upon the filing of this order, Appellant is deemed to be self-represented and shall be conventionally served.  The January 18, 2023 Stipulation for Dismissal is approved and the appeal is dismissed.  The January 13, 2023 Motion to Withdraw Appeal and the January 19, 2023 Motion to Withdraw Appeal are denied.  The appellate clerk shall conventionally serve Appellant a copy of this order.

DATED:  Honolulu, Hawaiʻi, January 27, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge